**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Captain Ronald E. Rousseau, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hon. Daniel P. Driscoll, Secretary of | ) | |
| the Army, in his official capacity; | ) | |
| General Steven S. Nordhaus, Chief of the | ) | |
| National Guard Bureau, in his official | ) | |
| capacity; Christopher Sims, Assistant | ) | |
| Secretary of the Army for Manpower & | ) | |
| Reserve Affairs, in his official capacity; | ) | Case No. 1:26-cv-141 |
| Brigadier General Mitchell Johnson, Adjutant | ) | |
| General of North Dakota; in his official | ) | |
| capacity; Governor Kelly Armstrong in his | ) | |
| official capacity as Commander-in-Chief | ) | |
| of the North Dakota National Guard, | ) | |
| | ) | |
| Defendants.[1] | ) | |

Before the court is Defendants' Joint Motion to Consolidate Briefing and Set Briefing Schedule (Doc. No. 12). There being no objection from Plaintiff, the court **GRANTS** the motion. (Doc. No. 12). Defendants shall have until July 13, 2026, to file consolidated Motions to Dismiss and responses to Plaintiff's Motion for Preliminary Junction. Plaintiff's response to the Defendants' Motions to Dismiss and reply to the Motion for Preliminary Injunction are due by August, 10, 2026. Defendants' replies to the Motions are Dismiss are due by August 24, 2026.

---

[1]Secretary Driscoll, General Nordhaus, Assistant Secretary Sims, and Brigadier General Johnson are automatically substituted for their predecessors pursuant to Fed. R. Civ. P. 25(d).

**IT IS SO ORDERED.**

Dated this 29th day of May, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court